33 WEST 55TH STREET CORPORATION v. THE PRUDENCE COMPANY, INC.,

Impleaded with SEWARD W. EHRICH and Another, and BANK OF UNITED STATES.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.